# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

THOMAS MORE MARRONE AND MAX
PHILIP MARRONE,

           Petitioners

     v.

DANUTA MIELOCH,

           Respondent

: No. 485 EAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.